Filed **8-12-16**
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CAUSE NO. SA-16-CR-0289(2)(XR) |
| § | |
| PEYTON CLARK, § | |
| § | |
| Defendant. § | |

## ORDER

THIS MATTER having come before the Court on the Defendant's Motion for Hearing on Conditions of Pre-Trial Release, and good cause having been shown,

THIS COURT FINDS there has been a material change in circumstances effecting the Court's prior Order of Pre-Trial Detention.

IT IS HEREBY ORDERED that the Defendant's Motion for Hearing on Conditions of Pre-Trial Release is hereby

GRANTED (✓) / ~~DENIED ( )~~

IT IS FURTHER ORDERED THAT Counsel will be notified of the hearing date and time by separate Order of this Court.

IT SO ORDERED this **12th** day of **August**, 2016

_____
~~XAVIER RODRIGUEZ~~ Henry J Bemporad
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate